RECEIVED
FEB 23 2024
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

Case name: Richardson v Albion
Case number: 1:23-cv-00297-RAL

1 of 3

2-16-24

My name is Tony Lynn Richardson QG9366. I am writing This To File a Amended Complaint To give all The names of The Defendants who have cause The damage That has been done To my Teeth. First name is Lt. Partsch I don't have her whole name because when I Tried To get it I was Told I couldn't get it. Lt. Partsch is The one who Took my night-guard on 9-25-23 which has causes The damage To my Teeth and The pain That I'm still going Through. By her doing This has cause me To go Through a lot of pain That I still go Through every day. So my rights have been Violated. Then There is The Medical Records Supervisor: Mike Edwards who is in Violating of my rights To receives my medical records To show damage That has been done To my Teeth by Lt. Partsch. Then he (Mike Edwards) is not Just in Violating of my rights, he is in Violating of DOC policy as well in The DOC policy DC-ADM 003 Release of Information States

in Section F: Copying charges number 2 copying charges for the reproduction of medical records are charged in accordance with The medical records Act (Act 26, 42 P.S. ss 6152) and are contained in The Copying Charges for medical records (Attachment C.) Part 1 of DOC policy DC-ADM 003 Attachment C.: copying charges for medical records states on page 2 of 3 number 8: An active Pro Se Inmate shall only be permitted To receive a paper copy of The medical records and shall be charged using The Average Labor Cost Rate. Then on page 3 of 3 of Attachment C.: number 14 states The charges listed in This notice do not apply To an X-ray film or any other portion of a medical record which is not susceptible To photostatic reproduction. As I have stated To Mike Edwards That I am Pro Se in my case and gave him Proof That I am Pro Se in my case That I need all X-rays needed To show The ~~damages~~ damage done To my teeth ~~for~~ my case and I'm still yet to get Them X-rays so

he is violating my rights To show The court The X-rays That will show The damage That has been done do To me going without my nightguard for 61 days and within Them 61 days of me sleeping without it I was grinding my Teeth and it cause a lot of damage and pain That will not go away so without The X-rays I have no case This is violating my rights.