Tony Richardson

v.

Lt. Partsch

Civil Action
NO. 1:23-CV-00297

FILED
JAN 30 2025
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

1 of 2

## Motion for Default Judgment

Plaintiff move This court for a judgment by default in This action, and show That The complaint in The above case was filed in This court on The (date filed) day of (month, year filed); The Summons and Complaint were duly served on The Defendant, (Lt. Partsch) on The (date Served) day of (month, year served); no answer or other defense has been filed by The Defendant; default was entered in The civil docket in The office of This Clerk on The (day default entered) day of (month, year default entered); no proceedings have been Taken by The Defendant since The default was entered; Defendant was not in military Service and is not an infant or incompetent as appears in The declaration of (Tony Richardson) Submitted herewith.

Wherefore, Plaintiff moves That This court make and enter a judgment That (same as prayer for Relief

Tony Richardson
v.
Lt. Partsch

Civil Action
No. 1:23-CV-00297

in Complaint be granted To The Plaintiff (Tony Richardson).

Dated: 01/27/2025

*Tony Richardson* (signature)

Tony Richardson
QG9366
SCI-Somerset
1600 Walters Mill Road
Somerset, PA 15510